UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------

A.G. on behalf of herself and her minor child, S.B.,

                                         Plaintiffs,

                        -v-

NEW YORK CITY DEPARTMENT OF EDUCATION,
NEW YORK CITY BOARD OF EDUCATION, AND
CHANCELLOR RICHARD CARRANZA IN HIS
OFFICIAL CAPACITY,

                                         Defendants.

20 Civ. 3447 (PAE)

<u>ORDER</u>

PAUL A. ENGELMAYER, District Judge:

A case management conference is scheduled for March 25, 2021 at 10:45 a.m. Dkt. 22. Due to the current public health situation, that conference will be a telephonic conference. The parties should call into the Court's dedicated conference line at (888) 363-4749, and enter Access Code 468-4906, followed by the pound (#) key. **Counsel are directed to review the Court's Emergency Individual Rules and Practices in Light of COVID-19**, found at https://nysd.uscourts.gov/hon-paul-engelmayer, for the Court's procedures for telephonic conferences and for instructions for communicating with chambers. Counsel are also directed to email chambers at <u>EngelmayerNYSDChambers@nysd.uscourts.gov</u> with a list of attorneys who will be appearing at the conference by March 23, 2021.

SO ORDERED.

                                                               PAUL A. ENGELMAYER
                                                               United States District Judge

Dated: March 22, 2021
       New York, New York